

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-21-00050-CR

_____

Ex parte Russell Jay Reger

On Appeal from Criminal District Court No. 3
Tarrant County, Texas
Trial Court No. 0579930D

Before Womack, Wallach, and Walker, JJ.
Memorandum Opinion by Justice Womack

## MEMORANDUM OPINION

Appellant Russell Jay Reger attempts to appeal the trial court's denial of his "Pretrial Writ of Habeas Corpus for Readmission to Pretrial Bail Bond Release and a Speedy Trial." On May 14, 2021, we notified Reger by letter of our concern that we lack jurisdiction over the appeal because the trial court clerk had informed this court that the trial court had not signed an order denying Reger's pro se requests for relief. *See State v. Wachtendforf*, 475 S.W.3d 895, 903 (Tex. Crim. App. 2015) (citing two prior Court of Criminal Appeals cases that "plainly and consistently identify the signing of the order as the event that commences the timetable for filing [a] notice of appeal"). In the letter, we also stated that unless Reger or any party filed a response showing grounds for continuing the appeal on or before Tuesday, May 25, 2021, the appeal could be dismissed. *See* Tex. R. App. P. 44.3. Reger has filed a response, but the response does not show grounds for continuing the appeal. Because there does not appear to be any written, signed order from which to appeal, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 26.2(a), 43.2(f).

/s/ Dana Womack

Dana Womack
Justice

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: June 24, 2021

2